DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| 421P10-4 | Robert Allen Lillie v. Michael Ball, Superintendent, Avery-Mitchell Correctional Inst. | Petition for *Writ of Certiorari* to Review Denial of Petition for *Writ of Habeas Corpus* | Denied **05/18/2016** |
|---|---|---|---|
| 424P15 | State v. John Thomas Patterson, Jr. | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-138)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Amend Notice of Appeal and PDR<br><br>4. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed<br><br>4. Allowed |
| 449P11-13 | State v. Charles Everette Hinton | 1. Petitioner's *Pro Se* Motion to Take Judicial Notice of Adjudicative Facts<br><br>2. Petitioner's *Pro Se* Motion for Necessary Joinder of Parties<br><br>3. Petitioner's *Pro Se* Motion for Joinder of Claims and Remedies<br><br>4. Petitioner's *Pro Se* Motion for Evidentiary Oral Hearing and Findings and Conclusions by the Court<br><br>5. Petitioner's *Pro Se* Motion for Inquiry into Restraints on Liberty; Petition for *Writ of Habeas Corpus;* Relief from Judgments<br><br>6. Petitioner's *Pro Se* Motion for Calendaring Cause | 1. Dismissed<br><br>2. Dismissed<br><br>3. Dismissed<br><br>4. Dismissed<br><br>5. Denied **02/19/2016**<br><br>6. Dismissed<br><br>**Ervin, J., recused** |
| 491P02-7 | Dontez Simuel v. Senior Resident Superior Judge Donald Stephens and Senior Resident Judge Paul C. Ridgeway | Plt's *Pro Se* Motion for Writ of Prohibition | Denied<br><br>**Ervin, J., recused** |
| 514PA11-2 | State v. Harry Sharod James | 1. Def's Motion for Temporary Stay<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed **05/20/2016**<br><br>2. |
| 580P05-14 | In re David L. Smith | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Dismissed<br><br>**Ervin, J., recused** |